**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09-cv-177-RJC-DSC**

|  |  |  |
|---|---|---|
| ANDREW SIMON, | ) | |
| **Plaintiff,** | ) | |
|  | ) | |
| v. | ) | |
|  | ) | **ORDER** |
| BELLSOUTH ADVERTISING & | ) | |
| PUBLISHING CORPORATION d/b/a | ) | |
| AT&T ADVERTISING SOLUTIONS, | ) | |
| **Defendant.** | ) | |
|  | ) | |

**THIS MATTER** is before the Court pursuant to Plaintiff's Motion for Entry of a Scheduling Order. (Doc. No. 7). Plaintiff filed this motion after the July 30, 2009 pretrial conference was cancelled and before a new pretrial conference could be rescheduled. A pretrial conference to discuss the Scheduling deadlines is now set for September 9, 2009.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Entry of a Scheduling Order (Doc. No. 7) is **DENIED**.

Signed: September 9, 2009

Robert J. Conrad, Jr.
Chief United States District Judge