IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-177-RJC-DCK

| | | |
|---|---|---|
| ANDREW SIMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BELLSOUTH ADVERTISING & | ) | |
| PUBLISHING CORPORATION d/b/a AT&T | ) | |
| ADVERTISING SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Discovery And Motions Deadlines For Two Weeks Pending Settlement Discussions" (Document No. 26) filed April 21, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the joint motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Discovery And Motions Deadlines For Two Weeks Pending Settlement Discussions" (Document No. 26) is **GRANTED**. The new discovery deadline is **April 28, 2010** and the new motions deadline is **May 28, 2010**.

**SO ORDERED**.

Signed: April 21, 2010

David C. Keesler
United States Magistrate Judge